**SEALED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREYVON JAMEEL CURRIE<br>and<br>JESSICA MARIE ZAMORA,<br><br>Defendants. | Case No. 2:26-mj-00608-DJA<br><br>SEALING ORDER |

Based on the United States' *ex parte* application, with good cause appearing therefore,

IT IS ORDERED that the Criminal Complaint, Arrest Warrants, the government's applications, and this Court's instant order in the above captioned matter are sealed in accordance with Local Rule IA 10-5 until further order of the Court.

**IT IS SO ORDERED** this August 14th, 2026.

THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

FILED.
DATED: 2:40 pm, August 14, 2026
U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TREYVON JAMEEL CURRIE
and
JESSICA MARIE ZAMORA,

Defendants.

Case No. 2:26-mj-00608-DJA

United States' Ex Parte Application to Seal Criminal Complaint, Arrest Warrants and Application

The United States of America, by and through Todd Blanche, Attorney General, and Daniel J. Cowhig, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, Arrest Warrants, this application and the Court's Sealing Order in the above captioned matter until such time as this Court, or another Court of competent jurisdiction, shall order otherwise.

It is necessary to seal the complaint and the related documents in this case because they reveal information connected to ongoing investigations involving both the named defendant and confederates. Public disclosure of the information contained in the complaint may compromise ongoing investigations, risk the safety of victims and

witnesses, alert confederates to the existence of the investigations, permit flight in order to avoid prosecution, and pose risks to law enforcement officers executing that arrest.

To avoid premature exposure of ongoing investigations, protect the safety of victims and witnesses, and to facilitate defendant's arrest on the requested warrant, the United States respectfully requests this Honorable Court grant the United States' motion to seal the Complaint, Arrest Warrants, this application, and the Court's Sealing Order in the above captioned matter in accordance with Local Rule IA 10-5 until further order of the Court.

Respectfully submitted this August 14, 2026.

TODD BLANCHE
Attorney General

DANIEL J. COWHIG
Assistant United States Attorney